IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:16CV145-RJC-DSC

| | |
|---|---|
| JOSEPH E. NEPTUNE, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　)<br>　　　vs. )<br>CAROLYN W. COLVIN, )<br>Commissioner of Social )<br>Security Administration, )<br>　　　　Defendant. )<br>_____) | ORDER |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Karl E. Osterhout]" (document #5). For the reasons stated therein, the Motion is granted.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 10, 2016

David S. Cayer
United States Magistrate Judge

1