# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| JOSEPH E. NEPTUNE, | ) |
| PLAINTIFF, | ) |
| VS. | ) No. 5:16-CV-00145-RJC-DSC |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| DEFENDANT. | ) |

Plaintiff filed a Motion for approval of attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of $7,100.00. After consultation, the parties agreed that this amount should be paid to Plaintiff in full satisfaction of any and all claims for fees in this case.

It is ORDERED that an award of fees under the EAJA in the amount of $7,100.00 be made payable to Plaintiff's attorney, provided that the Department of the Treasury finds Plaintiff has no outstanding debt to the United States.

**SO ORDERED**.

Signed: December 8, 2017

David S. Cayer
United States Magistrate Judge